UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTY S. BELL, et al., | No. 1:19-cv-01493-DAD-SKO |
| Plaintiffs, | |
| v. | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | (Doc. 16) |

On February 28, 2020, Plaintiffs filed a "Notice of Voluntary Dismissal without Prejudice," in which Plaintiffs requests that the case be dismissed without prejudice. (Doc. 16.) Plaintiffs filed this notice before any defendant served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **February 28, 2020**        /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE