# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTY S. BELL and ALMA BELL, | No. 1:19-cv-01493-DAD-SKO |
| Plaintiffs, | |
| v. | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| WELLS FARGO BANK, N.A., et al., | (Doc. 19) |
| Defendants. | |

On March 6, 2020, Plaintiffs filed a "Corrected Notice of Voluntary Dismissal With Prejudice," in which they request that the Court dismiss this action with prejudice. (Doc. 19.) Plaintiffs filed their notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:  **March 9, 2020**            /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE